PATRICK H. HICKS, ESQ.
Nevada State Bar Number: 04632
Z. KATHRYN BRANSON, ESQ.
Nevada State Bar Number: 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:        702.862.8811
Email:   phicks@littler.com
Email:   kbranson@littler.com

Attorneys for Defendant
KATERRA, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SERENA SENSITIVO,<br><br>     Plaintiff,<br><br>vs.<br><br>KATERRA, INC.,<br><br>     Defendant. | Case No. 2:20-cv-02072-GMN-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE RE FILING RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff SERENA SENSITIVO ("Plaintiff") and Defendant KATERRA, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree that Defendant shall have until **December 14, 2020** to file its responsive pleading to Plaintiff's Complaint (ECF No. 1), which Complaint was filed on November 12, 2020 (ECF No. 1) and served on November 16, 2020.  The parties make this request due to scheduling conflicts and need for additional time to investigate the allegations in the Complaint in order to respond.

If the requested extension is granted, Defendant will file its response to Plaintiff's Complaint on **December 14, 2020**.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1    This is the first request for an extension of time to file a responsive pleading made by the

2    parties and the parties make this request in good faith and not for the purpose of delay.

3    Dated: December 2, 2020                    Dated: December 2, 2020

4    Respectfully submitted,                    Respectfully submitted,

6    /s/ Jenny L. Foley, Ph.D., Esq.            PATRICK H. HICKS, ESQ.
7    JENNY L. FOLEY, PH.D., ESQ.                Z. KATHRYN BRANSON, ESQ.
     DANA SNIEGOCKI, ESQ.                       LITTLER MENDELSON, P.C.
     HKM EMPLOYMENT ATTORNEYS
8    LLP
                                                Attorneys for Defendant
9    Attorneys for Plaintiff                    KATERRA, INC.
     SERENA SENSITIVO
10

11                            **ORDER**

12                       **IT IS SO ORDERED**

13              **DATED:** 2:00 pm, December 04, 2020

14

15

16              **BRENDA WEKSLER**
                **UNITED STATES MAGISTRATE JUDGE**

17    4837-6830-8435.1 099109.1000

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.