1   Z. KATHRYN BRANSON, ESQ.
Nevada State Bar Number: 11540
2   STEVEN J.T. WASHINGTON, ESQ.
Nevada State Bar Number: 14298
3   LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
4   Suite 300
Las Vegas, NV  89169-5937
5   Telephone:     702.862.8800
Fax No.:         702.862.8811
6   Email:    kbranson@littler.com
Email:    swashington@littler.com
7
Attorneys for Defendant
8   KATERRA, INC.

9

UNITED STATES DISTRICT COURT
10
DISTRICT OF NEVADA
11

12

SERENA SENSITIVO,                               Case No. 2:20-cv-02072-GMN-BNW
13
                    Plaintiff,               **STIPULATION AND [PROPOSED]**
14                                           **ORDER TO DISMISS ENTIRE ACTION**
vs.                                          **WITH PREJUDICE**
15
KATERRA, INC.,
16
                    Defendant.
17

18

19          Plaintiff   SERENA   SENSITIVO   ("Plaintiff")   and   Defendant   KATERRA,   INC.

20   ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to the

21   dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and

22   attorneys' fees.

23          The parties agree that neither party shall be deemed to be a prevailing party in this action

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: February 19, 2021

Dated: February 19, 2021

Respectfully submitted,

Respectfully submitted,

/s/ Jenny L. Foley
JENNY L. FOLEY, PH.D., ESQ.
DANA SNIEGOCKI, ESQ.
HKM EMPLOYMENT ATTORNEYS
LLP

/s/ Steven J.T. Washington
Z. KATHRYN BRANSON, ESQ.
STEVEN J.T. WASHINGTON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Plaintiff
SERENA SENSITIVO

Attorneys for Defendant
KATERRA, INC.

### ORDER

**IT IS SO ORDERED.**

Dated this 22 day of February, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

4849-1901-8972.1 099109.1011

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.